IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **Armando Arevalo, Sr., et al.** | § | |
| | § | |
|    **Plaintiffs,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. M-08-cv-329 |
| | § | |
| **J & D Produce, Inc.,** | § | |
| | § | |
|    **Defendant.** | § | |

### PLAINTIFFS' AMENDED PROPOSED INTERROGATORIES TO THE JURY

     Answer the questions that follow as instructed. All questions involve relations between Plaintiffs and Defendant J&D in 2007. Your answers to all questions must be unanimous.

1. **Question No. 1:**

    A. Did Jesus Ybarra recruit the Plaintiffs?

       Yes _____            No _____

    B. Was Jesus Ybarra acting as J&D's agent when he recruited Plaintiffs?

       Yes _____            No _____

         If you answer "yes" to questions 1A and 1B, answer questions 2, 3, 4, 5, 6, and 7. If you answer "no," go to question 6.

**2. Question No. 2:**

    A. Did Jesus Ybarra fail to provide written disclosures containing all the information required by law to the Plaintiffs when they were recruited?

        Yes _____          No _____

    B. Was this violation intentional within the meaning of the law as described in the instructions?

        Yes _____          No _____

    If you answer "yes", write in the amount of AWPA damages you award each Plaintiff up to a maximum of $500.00 each.

| Plaintiff | Amount |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $ _____ |
| Armando Arevalo, Jr. | $ _____ |
| Hugo Arevalo | $ _____ |
| Azucena Arevalo | $ _____ |
| Reynaldo Rocha | $ _____ |
| Arturo Lerma Sr. | $ _____ |
| Kristy Lerma | $ _____ |
| Miguel Lerma | $ _____ |
| Aureliano Lerma | $ _____ |
| Cruz Lerma | $ _____ |
| Luis Lerma | $ _____ |
| Linda Lerma | $ _____ |

| | |
|---|---|
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

3.  **Question No. 3:**

    A.  Did Jesus Ybarra fail to provide written disclosures in Spanish containing all the information required by law to the Plaintiffs when they were recruited?

    Yes _____        No _____

    B.  Was this violation intentional, within the meaning of the law as described in the instructions?

    Yes _____        No _____

    If you answer "yes", write in the amount of AWPA damages you award each Plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $ _____ |
| Armando Arevalo, Jr. | $ _____ |
| Hugo Arevalo | $ _____ |
| Azucena Arevalo | $ _____ |
| Reynaldo Rocha | $ _____ |
| Arturo Lerma Sr. | $ _____ |
| Kristy Lerma | $ _____ |
| Miguel Lerma | $ _____ |
| Aureliano Lerma | $ _____ |
| Cruz Lerma | $ _____ |
| Luis Lerma | $ _____ |

*Plaintiffs' Amended Proposed Interrogatories to the Jury*

| | |
|---|---|
| Linda Lerma | $_____ |
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

4. **Question No. 4:**

   A. Did J&D violate, without justification, the terms of the working arrangement made with the Plaintiffs?

   Yes _____        No _____

   B. Was this violation intentional within the meaning of the law as described in the instructions?

   Yes _____        No _____

   If you answer "yes", write in the amount of AWPA damages you award each Plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $_____ |
| Armando Arevalo, Jr. | $_____ |
| Hugo Arevalo | $_____ |
| Azucena Arevalo | $_____ |
| Reynaldo Rocha | $_____ |
| Arturo Lerma Sr. | $_____ |
| Kristy Lerma | $_____ |
| Miguel Lerma | $_____ |
| Aureliano Lerma | $_____ |
| Cruz Lerma | $_____ |
| Luis Lerma | $_____ |

| | |
|---|---|
| Linda Lerma | $_____ |
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

5. **Question No. 5:**

   A. Did J&D knowingly provide Plaintiffs with false or misleading information regarding the amount of work Plaintiffs would receive or about the amount money the Plaintiffs would be paid for onions they harvested?

   Yes _____          No _____

   B. Was this violation intentional within the meaning of the law as described in the instructions?

   Yes _____          No _____

   If you answer "yes", write in the amount of AWPA damages you award each Plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $ _____ |
| Armando Arevalo, Jr. | $ _____ |
| Hugo Arevalo | $ _____ |
| Azucena Arevalo | $ _____ |
| Reynaldo Rocha | $ _____ |
| Arturo Lerma Sr. | $ _____ |
| Kristy Lerma | $ _____ |
| Miguel Lerma | $ _____ |
| Aureliano Lerma | $ _____ |

| | |
|---|---|
| Cruz Lerma | $_____ |
| Luis Lerma | $_____ |
| Linda Lerma | $_____ |
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

**6. Question No. 6:**

    A. Did J&D hire, employ, or use Jesus Ybarra fail to perform farm labor contracting activities without taking reasonable steps to verify that Jesus Ybarra was licensed by the United States Department of Labor to perform those activities?

        Yes _____		No _____

    B. Was this violation intentional within the meaning of the law as described in the instructions?

        Yes _____		No _____

    If you answer "yes", write in the amount of AWPA damages you award each Plaintiff up to a maximum of $500.00 each.

| | |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $_____ |
| Armando Arevalo, Jr. | $_____ |
| Hugo Arevalo | $_____ |
| Azucena Arevalo | $_____ |
| Reynaldo Rocha | $_____ |
| Arturo Lerma Sr. | $_____ |
| Kristy Lerma | $_____ |
| Miguel Lerma | $_____ |
| Aureliano Lerma | $_____ |

| | |
|---|---|
| Cruz Lerma | $_____ |
| Luis Lerma | $_____ |
| Linda Lerma | $_____ |
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

**7. Question No. 7:**

A. Did J&D enter into an employment contract with Plaintiffs?

Yes _____        No _____

B. Did J&D breach that contract?

Yes _____        No _____

If you answer "yes", write in the amount of damages you award each Plaintiff for each Plaintiffs' lost of earnings and benefits proximately caused by the breach.

| | |
|---|---|
| Armando Arevalo, Sr. | $ _____ |
| Maria Arevelo | $_____ |
| Armando Arevalo, Jr. | $_____ |
| Hugo Arevalo | $_____ |
| Azucena Arevalo | $_____ |
| Reynaldo Rocha | $_____ |
| Arturo Lerma Sr. | $_____ |
| Kristy Lerma | $_____ |
| Miguel Lerma | $_____ |
| Aureliano Lerma | $_____ |
| Cruz Lerma | $_____ |
| Luis Lerma | $_____ |

| | |
|---|---|
| Linda Lerma | $_____ |
| Ernesto Esparza | $_____ |
| Hugo Rodriguez | $_____ |
| Jose Merla Sr. | $_____ |
| Julian Merla | $_____ |
| Maria Merla | $_____ |
| Ashley Merla | $_____ |
| Jennifer Merla | $_____ |
| Jose Merla, Jr. | $_____ |

          Respectfully submitted,

          s/Nathaniel Norton_____
          Nathaniel Norton
          Texas Bar No. 24037196
          S.D. No. 33422
          TEXAS RIOGRANDE LEGAL AID, INC.
          300 South Texas
          Weslaco, TX 78596
          (956) 447-4800
          (956) 968-8823/FAX
          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of December 2009 a true and correct copy of this document was sent to Richard P. Hill, PO Box 1548, Edinburg, TX 78540 via email to richardphill@sbcglobal.net. A true and correct copy of this document was also served on Carlos Quintana via the Court's electronic filing system.

          s/Nathaniel Norton_____
          Nathaniel Norton